Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Sheila D. Montgomery

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEILA D. MONTGOMERY,        )<br>                              )<br>       Plaintiff,            )<br>                              )<br>   vs.                        )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of Social Security, )<br>                              )<br>       Defendant              )<br>                              )<br>_____) | Case No.: CV 10-1473 DLB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,500 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:    May 10, 2011

                     /s/ Dennis L. Beck_____
                     THE HONORABLE DENNIS L. BECK
                     UNITED STATES MAGISTRATE JUDGE

-1-